# EXHIBIT 2

**Allstate Insurance Company, et al., v. Florida Anesthesiology & Pain Clinic, P.A., et al.**
**Exhibit 2 - Mail Fraud Events**

| Claim Number | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| 0485576193 | R.L. | 2/13/2018 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0440492221 | S.S. | 2/23/2018 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0482701273 | S.R. | 7/25/2018 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0482701273 | S.R. | 8/15/2018 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0497065839 | L.D. | 8/29/2018 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0497065839 | L.D. | 9/3/2018 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0519681067 | M.S. | 11/5/2018 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0519681067 | D.P. | 11/5/2018 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0519681067 | D.P. | 11/12/2018 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0519681067 | M.S. | 11/12/2018 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0519409031 | H.R. | 2/4/2019 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0523746758 | J.G. | 2/25/2019 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0505901256 | W.J. | 4/1/2019 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0532464237 | P.I. | 4/5/2019 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0537553620 | E.W. | 4/13/2019 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0532938446 | N.S. | 4/22/2019 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0538358342 | L.H. | 6/11/2019 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0542274634 | B.A. | 7/18/2019 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0509471348 | R.B. | 9/18/2019 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0550148100 | L.D. | 11/6/2019 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0566043576 | E.C. | 2/3/2020 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0524943818 | E.C. | 2/3/2020 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0559354618 | H.R. | 2/6/2020 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0567790431 | C.S. | 2/29/2020 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0562845446 | A.P. | 3/5/2020 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0577283302 | A.F. | 4/1/2020 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0570682765 | J.G. | 5/4/2020 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0573410965 | D.A. | 5/11/2020 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0579342593 | F.C. | 5/11/2020 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0524094943 | S.K. | 6/1/2020 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0563478221 | L.P. | 6/23/2020 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0589609709 | C.S. | 1/6/2021 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0496263898 | R.O. | 1/9/2021 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0607503596 | M.A. | 1/20/2021 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0611249814 | A.P. | 2/1/2021 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0578246274 | F.D. | 2/24/2021 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0614848430 | C.A. | 2/24/2021 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0618841688 | K.C. | 3/31/2021 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0621697258 | H.G. | 6/12/2021 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0620754101 | K.B. | 6/23/2021 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0628342065 | J.H. | 9/13/2021 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0635665672 | E.B. | 10/6/2021 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0650026339 | N.C. | 1/24/2022 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0635695397 | C.S. | 1/27/2022 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0647341593 | L.G. | 1/27/2022 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0643539042 | C.O. | 2/7/2022 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0654872035 | E.L. | 2/9/2022 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0647517465 | E.L. | 2/12/2022 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0648549979 | B.G. | 2/14/2022 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0526842067 | C.F. | 2/17/2022 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0653633289 | M.H. | 2/28/2022 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0651216434 | N.C. | 3/16/2022 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0658591458 | B.G. | 7/18/2022 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0658591458 | B.G. | 7/26/2022 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0651216053 | T.L. | 1/30/2023 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0696162718 | J.O. | 2/21/2023 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0696162718 | N.G. | 2/21/2023 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0687583625 | T.E. | 2/27/2023 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0689601887 | L.B. | 3/29/2023 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0698774270 | A.W. | 3/29/2023 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | HICF |
| 0689601887 | L.B. | 4/4/2023 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0687583625 | M.E. | 4/10/2023 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0703287557 | J.M. | 4/18/2023 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |
| 0703287557 | J.M. | 5/2/2023 | Florida Anesthesiology & Pain Clinic, P.A. | Ravi Xavier, M.D. | U.S. Mail | Allstate | Medical Record |