UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; and ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>FLORIDA ANESTHESIOLOGY & PAIN CLINIC, P.A. and RAVI XAVIER, M.D.,<br><br>Defendants. | C.A. No. 9:23-cv-81591-DMM |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to the settlement agreement between the parties, plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Fire and Casualty Insurance Company, and Allstate Property and Casualty Insurance Company (collectively, "Allstate"), by and through their undersigned counsel, hereby voluntarily dismiss their claims in this matter without prejudice. No defendant has filed an answer or other responsive pleading. Accordingly, voluntary dismissal is permitted without stipulation or order pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

*/s/ Marc Schechter*

_____

**Marc Schechter, Esquire**
Florida Bar No.: 183105
Attorney E-Mail Address:
mschechter@lawdrive.com
Robinson, Pecaro & Mier, P.A.
510 Shotgun Road, Suite 404
Sunrise, Florida 33326-1956
(954) 252-7197 – telephone
(954) 252-7199 – facsimile

**Andrew H. DeNinno, Esquire**
*Pro Hac Vice*
Attorney E-Mail Address:
adeninno@ktmpc.com
KTM
350 Granite Street, Suite 2204
Braintree, Massachusetts 02184
(617) 770-2214 – telephone
(617) 774-1714 – facsimile

*Attorneys for Allstate*

Dated: February 20, 2024

## CERTIFICATE OF SERVICE

I, Marc Schechter, attorney for the plaintiffs, hereby certify that I have served a copy of the foregoing Notice of Voluntary Dismissal on all parties of record in the above-captioned matter via their attorney, Ryan Stumphauzer, Stumphauzer Kolaya Nadler & Sloman, PLLC, by electronic mail to rstumphauzer@sknlaw.com.

*/s/ Marc Schechter*

**Marc Schechter, Esquire**
Florida Bar No.: 183105
Attorney E-Mail Address:
mschechter@lawdrive.com
Robinson, Pecaro & Mier, P.A.
510 Shotgun Road, Suite 404
Sunrise, Florida 33326-1956
(954) 252-7197 – telephone
(954) 252-7199 – facsimile

Dated: February 20, 2024